IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 3:23-554 |
| | ) | |
| v. | ) | |
| | ) | |
| **REGINALD RAYNARD WHITE JR.,** | ) | WRIT OF HABEAS CORPUS |
| a/k/a "Great White" | ) | AD PROSEQUENDUM |

It appears that criminal charges have been filed against the defendant in the above-entitled case. It further appears that the defendant, **REGINALD RAYNARD WHITE JR., a/k/a "Great White," Inmate No. 00353172**, is presently incarcerated in the South Carolina Department of Corrections. It is therefore

ORDERED that the Warden, or his authorized representative, deliver **REGINALD RAYNARD WHITE JR., a/k/a "Great White," Inmate No. 00353172**, to the United States Marshals Service or other federal law enforcement officer from time to time as the defendant may be needed until the within action is concluded in its entirety. It is further

ORDERED that the United States Marshals Service or other federal law enforcement officer shall produce the defendant at such time and place as may be designated by the Court for proceedings in this case and upon the conclusion of this case, the said Marshal or other federal law enforcement officer shall return the defendant to his aforesaid place of confinement.

_____
UNITED STATES MAGISTRATE JUDGE

July 18, 2023

Columbia, South Carolina

1

ON MOTION OF:

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By: _____
Winston D. Holliday, Jr. (Fed. ID 7597)
Assistant U.S. Attorney
1441 Main Street, Suite 500
Columbia, South Carolina 29201
Tel.: 803-929-3000
Fax: 803-254-2943
Email: winston.holliday@usdoj.gov